IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**CRAIG DAMION FLOWERS,**

    **Defendants.**                                   Case No. 96-30109-DRH

### ORDER

**HERNDON, District Judge:**

        Pending before the Court is Defendant's Motion to Withdraw as Counsel of Record. (Doc. 75.)   Due to a conflict of interest, Defendant's current counsel, Renee E. Schooley, requests leave to withdraw from this case.  The Court **GRANTS** this motion. (Doc. 75.)  Defendant has further requested that the Court appoint substitute counsel to represent him in this matter.  Therefore, the Court **APPOINTS** attorney Steven Stenger as CJA counsel to represent Defendant in this matter.

        **IT IS SO ORDERED.**

        Signed this 11th day of October, 2006.

                                                      /s/         David    RHerndon
                                                      **United States District Judge**